# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD G. "RON" BUSH, AN INDIVIDUAL; TYCHE ACQUISITIONS GROUP, INC., A NEVADA CORPORATION; RENAISSANCE MASTERS, LLC, A NEVADA LIMITED LIABILITY COMPANY; CLASSIC FINE ART, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND TYCHE ART INTERNATIONAL, INC., A NEVADA CORPORATION,
Appellants,
vs.
AUTOMATED CASH SYSTEMS ("ACS"), A NEVADA CORPORATION; AUTOMATED CASHLESS SYSTEMS, A NEVADA CORPORATION; STEVEN B. CRYSTAL, INDIVIDUALLY, AND AS TRUSTEE OF THE BARBARA L. CRYSTAL DECEDENT TRUST,
Respondents.

No. 73865

FILED

SEP 19 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting partial summary judgment in a business dispute. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Our review of the documents on file in this matter reveals a jurisdictional defect. Specifically, the order being appealed is not a final judgment because respondents' claims against appellants have not been finally resolved, see NRAP 3A(b)(1); *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000), nor is the order otherwise appealable. NRAP 3A. Further, the challenged order does not appear amenable to NRCP 54(b) certification because no party has been completely removed from the action,

17-31657

see *Taylor Constr. Co. v. Hilton Hotels, Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984), and indeed, the parties note that the district court denied a motion for such certification. Accordingly, we conclude that we lack jurisdiction and dismiss this appeal. *See Brown v. MHC Stagecoach*, 129 Nev. 343, 345, 301 P.3d 850, 853 (2013) (this court lacks jurisdiction where no statute or court rule authorizes an appeal).

It is so ORDERED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Connie J. Steinheimer, District Judge
    David Wasick, Settlement Judge
    Johnson Law Practice, PLLC
    Picone & Defilippis, A P.L.C.
    Woodburn & Wedge
    Washoe District Court Clerk

_____

[1]Appellants' motion to stay the underlying proceedings pending this appeal is denied as moot.